## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

THE OFFICIAL COMMITTEE OF    :
UNSECURED CREDITORS, on Behalf of  :
the Estates of Polaroid Corporation, et al.,  :
                               :
              Plaintiff,     :
                               :
     v.               :    C. A. No. 04-632-SLR
                               :
DAN TING,           :
                               :
            Defendant.    :
_____ :
                               :
THE OFFICIAL COMMITTEE OF    :
UNSECURED CREDITORS, on Behalf of  :
the Estates of Polaroid Corporation, et al.,  :
                               :
              Plaintiff,     :
                               :
     v.               :    C. A. No. 04-669-SLR
                               :
SATISH AGRAWAL,     :
                               :
           Defendant.    :

## <u>ORDER</u>

At Wilmington this **17th** day of **May, 2005**,

IT IS ORDERED that the teleconference scheduled for Wednesday, May 18, 2005 at 8:30 a.m. with the Magistrate Judge to discuss the status of these cases and the mediation date is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE