IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on Behalf of the Estates of Polaroid Corporation et al., <br><br> Plaintiff, <br><br> v. <br><br> SATISH AGRAWAL, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 04-669-SLR ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules Civil Procedure 41, Plaintiff and Defendant hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and expenses. This case is hereby closed.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ m.m.*

Joseph A. Malfitano (No. 4020)
Maribeth L. Minella (No. 4185)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
mminella@ycst.com

-and-

KELLEY DRYE & WARREN LLP
Jay N. Heinrich
101 Park Avenue
New York, New York 10178
(212) 803-7800

Attorneys for Plaintiff

Dated: _____

CICONTE, ROSEMAN & WASSERMAN

*/s/ Jeffrey P. Wasserman*

Jeffrey P. Wasserman (No. 2184)
1300 King Street
Wilmington, Delaware 19801
(302) 658-7101
jwasserman@crwdelaw.com

-and-

ROACH & CARPENTER, P.C.
M. Ellen Carpenter
24 School Street
Boston, Massachusetts 02108
(617) 720-1800

Attorneys for Defendant

SO ORDERED:

_____

DB02:5051715.1

058670.1001